## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL I. MESADIEU, | ) | |
| | ) | |
| Petitioner, | ) | 8:19CV289 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT FRAKES, and | ) | ORDER |
| BRAD HANSEN, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

IT IS ORDERED that Respondents' Motion for Extension of Time (First Request) (filing no. 8) is granted. Respondents' Motion for Summary Judgment shall be filed on or before September 20, 2019.

DATED this 22nd day of August, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge